IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TOMMY LEE WAUGH, #47088-074,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | Case No. 21-cv-1053-JPG |
| ) | |
| **UNITED STATES of AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

# MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court on the Motion for Voluntarily Dismissal filed by Plaintiff Tommy Lee Waugh. (Doc. 26). Plaintiff is an inmate in the custody of the Federal Bureau of Prisons ("BOP"), currently incarcerated at the United States Penitentiary in Terre Haute, Indiana. He filed this case in the Williamson County, Illinois state circuit court on July 12, 2021 while he was confined at the United States Penitentiary in Marion, Illinois ("Marion").[1] (Doc. 1-1, pp. 2-11).

A plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment, or if all parties stipulate to a dismissal. FED. R. CIV. P. 41(a)(1)(A). Plaintiff's motion was filed too late to meet the first requirement. Because Defendant's deadline to file a motion for summary judgment for failure to exhaust administrative remedies is imminent, the Court gave Defendant a shortened deadline to respond to the motion (Docs. 25, 27).

---

[1] Plaintiff's Williamson County case was docketed as No. 21-L-86. Defendants removed the case to this Court on August 25, 2021. (Doc. 1).

Defendant does not object to the dismissal, but requests the Court to dismiss the action with prejudice because Plaintiff has failed to prosecute this matter (Doc. 28). Plaintiff failed to provide his initial disclosures and the Court recently granted Defendant's Motion to Compel that discovery (Docs. 21, 22, 23). Defendant represents that Plaintiff's initial disclosures, due on October 25, 2023, had still not been provided as of the time Defendant filed the response on that date (Doc. 28). The Court agrees that Plaintiff has not complied with his discovery obligations and has consumed scarce judicial and defense resources while this matter has been pending. Accordingly, while the Court finds that voluntary dismissal is appropriate, the dismissal of this case will be with prejudice. *See* FED. R. CIV. P. 41(a)(2).

**IT IS ORDERED** that Plaintiff's Motion for Voluntarily Dismissal (Doc. 26) is **GRANTED.** All other pending motions are **DENIED AS MOOT**. This case is **DISMISSED WITH PREJUDICE**. FED. R. CIV. P. 41(a)(2).

The Clerk of Court is **DIRECTED** to close this case and enter judgment accordingly. The Clerk is **FURTHER DIRECTED** to mail a certified copy of this Order for informational purposes to the Clerk of the Circuit Court of the First Judicial Circuit, Williamson County, Illinois (Case No. 2021-L-86).

**IT IS SO ORDERED.**

**DATED:  10/26/2023**

> *s/  J. Phil Gilbert*
> **J. PHIL GILBERT**
> **United States District Judge**